UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA WILLIAMS,
    Plaintiff,

                                    Case No. 05-70648
v.                                    Hon. Gerald E. Rosen
                                    Magistrate Judge Mona K. Majzoub

COMMISSIONER OF
SOCIAL SECURITY,
    Defendant.
_____/

## JUDGMENT OF DISMISSAL

      At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     March 31, 2006

      PRESENT:  Honorable Gerald E. Rosen
                       United States District Judge

The Court having this date entered an order adopting the Magistrate Judge's January 24, 2006 Report and Recommendation, denying Plaintiff's motion for summary judgment, and granting Defendant's motion for summary judgment,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be, and hereby is, DISMISSED in its entirety with prejudice.

Dated: March 30, 2006

                                          s/Gerald E. Rosen
                                          Gerald E. Rosen
                                          United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 31, 2006, by electronic and/or ordinary mail.

                                              s/LaShawn R. Saulsberry
                                              Case Manager